```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND

UPPER HUDSON NATIONAL INS. CO.    *

          Plaintiff               *

           vs.                    *   CIVIL ACTION NO. MJG-08-440

WILLIAM R. MILLER, II, et al.     *

          Defendants              *

*       *       *       *       *       *       *       *       *
```

## ORDER OF DISMISSAL

Due to the failure of Plaintiff to comply with the Court's Order of August 10, 2009, this case is hereby dismissed without prejudice. The parties to bear their own respective costs.

SO ORDERED, on <u>Tuesday, September 15, 2009</u>.

```
                              _____/s/_____
                               Marvin J. Garbis
                          United States District Judge
```